George VAARA, Anthony Zorich, Ralph J. Rivers, as the Employment Security Commission of Alaska, and R. E. Sheldon, Appellants, v. NEW ENGLAND FISH COMPANY, a corporation, and Wards Cove Packing Company, a corporation, for Themselves and All Others Similarly Situated, Appellees.

No. 12872.

United States Court of Appeals
Ninth Circuit.

July 23, 1951.

J. Gerald Williams, Atty. Gen. of Alaska, John H. Dimond, Asst. Atty. Gen., E. Coke Hill, San Francisco, Cal., for appellants.

Faulkner, Banfield & Boochever and H. L. Faulkner, all of Juneau, Alaska, for appellee.

Before MATHEWS, HEALY and ORR, Circuit Judges.

PER CURIAM.

On the grounds and for the reasons stated in its opinion, 98 F.Supp. 492, the judgment of the District Court is affirmed.

LOUISIANA SOUTHERN RAILWAY COMPANY, Appellant, v. ANDERSON, CLAYTON & COMPANY, Appellee.

No. 13143.

United States Court of Appeals
Fifth Circuit.

July 26, 1951.

St. Clair Adams, Jr., New Orleans, La., for appellant.

Geo. S. Wright, Dallas, Tex., J. Raburn Monroe, Nicholas Callan, New Orleans, La., for appellee.

Before HOLMES, BORAH and RUSSELL, Circuit Judges.

PER CURIAM.

The appellee's petition for rehearing in the above stated case is hereby granted. 187 F.2d 908. Such rehearing will be upon briefs only as we do not deem further oral argument necessary. The petitioner is granted 20 days within which to file its additional brief, and the respondent will be allowed 15 days from the date that it receives petitioner's brief within which to file its brief.